UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>ALEX JOSEPH PEREZ,<br><br>                              Defendant. | Case No.:  21CR3164-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING** |
|---|---|

Neither party having filed a sentencing summary chart as required by Local Criminal Rule 32.1(a)(8), the Court hereby **VACATES** the Sentencing Hearing currently set for **May 13, 2022**; the hearing is **CONTINUED** to **Friday, August 5, 2022** at **9:00 a.m.**

IT IS SO ORDERED.

Dated:  May 11, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge